UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>   v.<br><br>CHRISTOPHER D. HANSON,<br><br>                         Defendant. | CASE NO. 2:24-cr-00054-LK<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on the parties' Stipulated Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 24. The parties have stipulated to continue Mr. Hanson's trial date from May 20, 2024 to February 24, 2025, and to continue the pretrial motions deadline to January 13, 2025. *Id.* at 1, 3.

      On March 21, 2024, a federal grand jury indicted Mr. Hanson on one count of Possession of a Controlled Substance with Intent to Distribute and one count of Unlawful Possession of a Firearm. Dkt. No. 14 at 1–2; *see* 21 U.S.C. § 841(a)(1), (b)(1)(B); 18 U.S.C. § 922(g)(1). He is currently released on bond with special conditions, Dkt. Nos. 11–12, 16, and has pleaded not guilty to both counts, Dkt. No. 20.

The parties represent that the Government produced initial discovery on March 27, 2024, and will likely produce more discovery after the parties file a protective order with the Court. Dkt. No. 24 at 1–2. Mr. Hanson's counsel "requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Hanson." *Id.* at 2. The parties also represent that Mr. Hanson is scheduled to appear for trial in a separate jurisdiction this month, but that trial will likely be moved a later date. *Id.* Because "[t]he conduct alleged in that case precedes the allegations in the instant federal case," the parties have agreed that the other trial should move forward before Mr. Hanson's federal trial. *Id.* Mr. Hanson has filed a speedy trial waiver "knowingly, voluntarily, and with advice of counsel" waiving his right to a speedy trial through March 9, 2025. Dkt. No. 25 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Hanson in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to obtain and review discovery, consider pretrial motions and defenses, consult with Mr. Hanson, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Hanson reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the parties' stipulated motion, Dkt. No. 24, and ORDERS that the trial date for Mr. Hanson shall be continued from May 20, 2024 to February 24, 2025, and that the pretrial motions deadline shall be continued to January 13, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date

of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Hanson's trial must commence under the Speedy Trial Act.

Dated this 26th day of April, 2024.

                                                            *Lauren King*
                                                          Lauren King
                                                     United States District Judge

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 3