# UNITED STATES DISTRICT COURT
for
## Western District of Washington
Report of Supplemental Violations

**Date of Report:** 07/01/2024

**Name of Defendant:** Christopher Hanson  **Case Number:** CR24-054 LK

**Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge

**Original Offense:** Possession of fentanyl with intent to distribute

**Date Supervision Commenced:** 03/13/2024

Bond Conditions Imposed:
- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

- Surrender all current and expired passports and travel documents to the court **by Thursday, 3/14/2024.** Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- Comply with all other court orders or terms of supervision.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case **with the exception of Chrystal Donovan. The defendant and Ms. Donovan may have contact with each other, but they may not discuss the case.**

- Travel is restricted to King County, WA and Snohomish County, WA, or as directed by Pretrial Services.

---

**PETITIONING THE COURT**

☒  To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court on April 17, 2024; May 3, 2024; May 16, 2024; and May 31, 2024

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

13. The defendant violated the terms of his appearance bond by failing to report for drug testing as instructed, in violation of the special condition, on the following dates:

    - June 3, 2024
    - June 12, 2024
    - June 13, 2024
    - June 18, 2024
    - June 26, 2024

14. The defendant violated the terms of his appearance bond by using cocaine, in violation of the special condition, on or about May 23, 2024

15. The defendant violated the terms of his appearance bond by using fentanyl, in violation of the special condition, on or about May 23, 2024.

16. The defendant violated the terms of his appearance bond by using fentanyl, in violation of the special condition, on or about June 4, 2024.

17. The defendant violated the terms of his appearance bond by failing to engage in substance use disorder treatment, in violation of the special condition, since on or about June 17, 2024.

**United States Probation Officer Recommendation**:

☒　　That violation(s) # 13 through 17 be added to the previous petition presently before the Court dated

I consulted with Assistant United States Attorney Erin Becker, and she concurs with my recommendation.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 1st day of July, 2024. | BY: |
| *[signature]*<br>Lisa L. Combs<br>United States Probation Officer | *[signature]*<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

_____
Brian A. Tsuchida, United States Magistrate Judge

7/1/2024
Date