UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         v.<br><br>CHRISTOPHER DEAN HANSON,<br><br>                      Defendant. | CASE NO. CR24-54-LK<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with possession of fentanyl and unlawful possession of a firearm. The Court released Defendant in March 2024. Since then, the pretrial and probation office has alleged Defendant has violated his conditions of release. The allegations revolve around, positive drug test results, failing to appear for drug testing and failing to engage in needed inpatient substance abuse treatment. Although the government has long advocated for immediate revocation, the Court declined to revoke the release order to give Defendant the chance to engage in inpatient substance treatment. Defendant however has not engaged in inpatient treatment, and instead the probation office alleged that he continued to miss drug testing as instructed and when

DETENTION ORDER - 1

he did appear tested positive for controlled substances. The Court finds that Defendant who has admitted to some of the alleged violations should be remanded to custody as his conduct demonstrates that he will not abide by the conditions of release the court imposed.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 2nd day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

e

DETENTION ORDER - 2