UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CHRISTOPHER D. HANSON,<br><br>Defendant. | CASE NO. 2:24-cr-00054-LK<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Christopher Hanson's Unopposed Motion to Continue Trial Date. Dkt. No. 59. Mr. Hanson seeks to continue his trial date from February 24, 2025 to June 9, 2025, and to continue the pretrial motions deadline to a date convenient to the Court. *Id.* at 1, 3.[1] The Government agrees to the motion. Dkt. No. 59 at 1.

---

[1] Pretrial motions were due by January 13, 2025, Dkt. No. 26, but Mr. Hanson did not file this motion until January 24, 2025, Dkt. No. 59. Although the Court finds good cause to extend the pretrial motions deadlines as requested, it cautions counsel that pursuant to Section I.A. of this Court's Standing Order for All Criminal Cases, motions to continue the trial date and pretrial motions deadline must be made prior to the pretrial motions deadline. The Court expects strict compliance with its Standing Order and the applicable laws and rules moving forward, and reminds the parties that "a failure to timely raise a pretrial objection required by Rule 12, absent a showing of good cause, constitutes a waiver[.]" *United States v. Ghanem*, 993 F.3d 1113, 1120 (9th Cir. 2021) (cleaned up).

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

On March 21, 2024, a federal grand jury indicted Mr. Hanson on one count of Possession of a Controlled Substance with Intent to Distribute and one count of Unlawful Possession of a Firearm. Dkt. No. 14 at 1–2; *see* 21 U.S.C. § 841(a)(1), (b)(1)(B); 18 U.S.C. § 922(g)(1). He is currently detained, Dkt. Nos. 47–48, and has pleaded not guilty to both counts, Dkt. No. 20.

On November 21, 2024, Magistrate Judge Tsuchida granted prior defense counsel's motion to withdraw due to a conflict, and shortly thereafter new defense counsel was appointed. Dkt. No. 59 at 2; *see also* Dkt. Nos. 56–57. Mr. Hanson's counsel "needs additional time to review the discovery and prepare to advise Mr. Hanson on his options for trial and/or resolution." Dkt. No. 59 at 2. Mr. Hanson also represents that "much of [defense] counsel's work to date has been focused on the possibility of a global resolution with other pending charges in state court, necessitating review of information pertaining to those charges in order to assist state counsel and Mr. Hanson in evaluating his options for combined resolution." *Id.* However, "[t]hose state charges have now been dismissed," which "has changed the complexion of the case and will require additional discussion of strategy with Mr. Hanson to re-evaluate risks and options in light of the changed landscape." *Id.* Mr. Hanson has filed a speedy trial waiver waiving his right to a speedy trial through July 9, 2025. Dkt. No. 59-2 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Hanson in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review discovery, potentially engage expert witnesses, consider pretrial motions and defenses, consult with Mr. Hanson, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Hanson reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 59, and ORDERS that the trial date for Mr. Hanson shall be continued from February 24, 2025 to June 9, 2025, and that the pretrial motions deadline shall be continued to April 28, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Hanson's trial must commence under the Speedy Trial Act.

Dated this 24th day of January, 2025.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 3